AO 91 (Rev. 11/11)  Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | Jeremiah Smith | Telephone: | (313) 226-0242 |
| Special Agent: | Kenton Weston, ATF | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Vonkish Golden | Case No.  Case: 2:24−mj−30352<br>Assigned To : Unassigned<br>Assign. Date : 8/19/2024<br>Description: RE: VONKISH<br>GOLDEN (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 14, 2024 & August 15, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of ammunition |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kenton Weston, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __August 19, 2024__

_____
*Judge's signature*

City and state: __Detroit, MI__  Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Kenton Weston, being duly sworn, depose and state the following:

## I. INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been since January 2018. I graduated from the ATF Privately Made Firearm (PMF) and Machine Gun Conversion (MCD) Train the Trainer Course, Criminal Investigator Training Program, and the ATF Special Agent Basic Training Program. During my employment with ATF, I have conducted and/or participated in over a hundred criminal investigations focused on firearms, drug trafficking violations, and criminal street gangs in the Eastern District of Michigan, which have resulted in the seizure of illicit controlled substances, hundreds of firearms, and more than one hundred and seventy-five arrests.

2. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law.

3. I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office (OCSO) and the ATF. Additionally, I am a member of the ATF led Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful

possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan.

    4.    I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

    5.    The ATF is currently conducting a criminal investigation concerning Vonkish GOLDEN (DOB: XX/XX/2003), for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of Ammunition).

## II. PROBABLE CAUSE

    6.    I reviewed records related to GOLDEN's criminal history and learned the following:

    a. On or about January 25, 2023, GOLDEN pleaded guilty to one count of police officer – fleeing – third degree in the Sixth Judicial Circuit Court, Oakland County, Michigan. Fleeing – third degree is a felony punishable by imprisonment for not more than 5 years, MCL

        750.479a(3). On or about March 29, 2023, GOLDEN was sentenced to 152 days' incarceration;

    b. On or about October 2, 2023, GOLDEN was arrested and charged with felon in possession of a firearm, felon in possession of ammunition, carrying a concealed weapon, and felony firearm. GOLDEN pleaded guilty as charged in the Third Judicial Circuit Court, Wayne County, Michigan. On or about January 19, 2024, GOLDEN was sentenced to 24 months of probation pursuant to the Holmes Youthful Trainee Act ("HYTA").

7. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Due to the recency of his felony conviction and the fact that GOLDEN is on probation for the offense felon in possession of a firearm, there is probable cause to believe that GOLDEN is aware of his status as a convicted felon.

8. On July 14, 2024, at approximately 12:58 am, Detroit Police Department (DPD) travelled to the area of Winthrop St. and Plymouth Road to disrupt a "block party." Upon arriving in the area, officers observed a 2012 Chrysler 200 parked on the public roadway with multiple individuals in and around the car. Officers observed one individual standing outside the car near the rear passenger

3

side make a clutching motion near their waistband, which indicated to the police the person was attempting to conceal a firearm. Additionally, another officer observed an individual in the driver seat, GOLDEN, place his left arm on the steering wheel and make a motion that DPD described as "dip his right shoulder down toward the floorboard as if he were placing an object underneath the seat in order to conceal it." I reviewed DPD's dash camera footage from the incident and observed behavior consistent with what the officers described in their reports. GOLDEN then exited the car as officers approached. GOLDEN was detained. An officer recovered from the driver's side floorboard area an untraceable PMF colloquially known as a "Ghost Gun", specifically a Polymer 80, 9mm pistol bearing no serial number. The Polymer 80 pistol was equipped with an extended magazine and loaded with 29 rounds of assorted 9mm ammunition including 7 live rounds of Companhia Brasileira de Cartuchos (CBC) ammunition. (see Image 01). GOLDEN was arrested for felony carrying a concealed weapon. While seated in the rear of the semi-marked DPD scout car, GOLDEN uttered that he was currently on probation. DPD identified that the Chrysler 200 was uninsured and had it towed prior to their departure.

IMAGE 01



9. On August 15, 2024, at approximately 3:20 p.m., DPD officers were on routine patrol near the intersection of Schaefer and West Chicago in Detroit. The officers entered the parking lot of a Citgo gas station near the intersection and saw GOLDEN exiting the gas station with two other people. The officers observed the large imprint of a handgun in GOLDEN's front waistband area. GOLDEN walked behind one of the other men as they got closer to the officers' scout car. The officers

5

believed GOLDEN'S actions indicated he was attempting to conceal himself from them. The officers stopped their vehicle to investigate GOLDEN.

10. The three men walked near the officers as they exited their patrol car. One of the officers began to speak to GOLDEN. Believing GOLDEN to be armed, the officer grabbed GOLDEN's right arm to prevent him from grabbing the weapon. GOLDEN pulled away from the officer. The officer attempted to gain control over GOLDEN, but GOLDEN continued to resist and pull away. GOLDEN continued to struggle with the officers until they got up against the wall of the gas station, where the officers were able to detain GOLDEN. During the struggle, a PMF fell out of GOLDEN's shorts through the pant leg

11. The police recovered a Polymer 80 9mm pistol bearing no serial number. The pistol was equipped with an extended magazine and loaded with 32 live rounds of 9mm ammunition to include 13 live rounds of Speer ammunition. (see Image 02 below of the recovered firearm).

IMAGE 02



12. I obtained and conducted a partial review of Project Green Light surveillance footage captured by cameras installed at the Citgo gas station. The footage displayed GOLDEN with a cellular phone in his hand standing by the front door and later exiting the Citgo gas station with an object tucked into his waistband, concealed under his shirt, imprinting in the shape and location consistent with a firearm (see Image 03 and 04 circled in red).

7



Image 03      Image 04

13. Green Light footage also displayed GOLDEN resisting officers and attempting to flee. In the video, I observed that GOLDEN'S firearm began to shift from his waistband and down his shorts (see Image 05 circled in red). Police arrested GOLDEN for felony carrying a concealed weapon and transported him to the Detroit Detention Center (DDC).

8

Image 05



14.     I reviewed a DDC recorded jail call completed on August 15, 2024 at approximately 7:18 pm between GOLDEN and DM. During the call, DM asked why GOLDEN was arrested and he stated, "you know they (law enforcement) talking about a gun." DM asked, "you had a gun on you?" GOLDEN stated "Ya." GOLDEN also stated "I am done."

15.     On August 19, 2024, I provided ATF Interstate Nexus Expert Special Agent Kara Klupacs images and a description of the recovered CBC ammunition (July 14, 2024 arrest) and the recovered Speer ammunition (August 15, 2024 arrest).

9

SA Klupacs concluded that all the ammunition was manufactured outside the State of Michigan. (see Image 06 below).

Image 6



### III. CONCLUSION

16. Probable cause exists to believe that on July 14 and August 15, 2024, Vonkish Golden knowingly possessed ammunition after having been convicted of a felony offense, in violation of 18 U.S.C. § 922(g)(1). These violations occurred within the Eastern District of Michigan.

_____
Kenton Weston, Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
And/or by reliable electronic means

_____
Hon. David R. Grand
United States Magistrate Judge

Dated:   August 19, 2024